IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Court No.  1:21PO1121 |
| | ) | |
| v. | ) | |
| | ) | |
| YOUSIF BARZANI, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR DISMISSAL

The United States of America does not desire to prosecute court number 1:21PO1121 pertaining to the defendant, YOUSIF BARZANI.

Accordingly, the United States hereby moves for a dismissal without prejudice of the pending court number 1:21PO1121 pertaining to the defendant YOUSIF BARZANI.

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

BY:            /s/
Marc J. Birnbaum
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3700
Fax: (703) 299-3980
Email: marc.birnbaum@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Dismissal and proposed Order will be emailed to the defendant on the 23rd day of December, 2021.

/s/
Marc J. Birnbaum
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3700
Fax: (703) 299-3980
Email: marc.birnbaum@usdoj.gov